THE STATE EX REL. MCKEE, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McKee v. Indus. Comm.*
(1998), 82 Ohio St.3d 380.]

(No. 96–552—Submitted June 9, 1998—Decided July 22, 1998.)

*Casper & Casper, Megan Richards* and *Douglas Casper,* for appellant.

*Betty D. Montgomery,* Attorney General, and *James A. Barnes,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Vorys, Sater, Seymour & Pease, J. Scott Jamieson* and *Randall W. Mikes,* for appellee Buckeye International Plastics.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.